UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN HYATT, | ) | CASE NO. 5:09CV81 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT ENTRY** |
| ANDREA L. NORRIS, ESQ., et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion, summary judgment is **GRANTED** in favor of defendant Andrea L. Norris and this case is **DISMISSED** with each party to bear its own costs.

**IT IS SO ORDERED**.

Dated: December 29, 2009

            **HONORABLE SARA LIOI**
            **UNITED STATES DISTRICT JUDGE**